**James T. CARNEY, Petitioner**

v.

**Vinit KATHARDEKAR and Usha Rishi, Respondents**

**No. 486 WAL 2016**

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

**AND NOW**, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**